IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

SEVERA N. DAVIS                                                                  PLAINTIFF

vs.                            Civil No. 04-4135

JO ANNE B. BARNHART,
Commissioner, Social Security Administration                  DEFENDANT

## **JUDGMENT**

Comes now the Court on this the 4th day of November, 2005, in accordance with the Memorandum Opinion entered in the above styled case on today's date, and hereby considers, orders, and adjudges that the decision of the Commissioner of the Social Security Administration is affirmed and Plaintiff's Complaint is hereby dismissed with prejudice.

IT IS SO ORDERED.

                                                  /s/Bobby E. Shepherd
                                                  Honorable Bobby E. Shepherd
                                                  United States Magistrate Judge